UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

    Plaintiff,

v.

GOT PHO CORPORATION,

    Defendant.

Case No. 21-cv-02998-PJH

**ORDER TERMINATING REQUEST TO VACATE**

Re: Dkt. No. 11

The court is in receipt of plaintiff's notice of settlement and request to vacate all currently set dates. Dkt. 11. In this filing, plaintiff notifies the court of a provisional settlement and asks the court to vacate all currently set dates. Id. This filing represents the second notice of settlement and request to vacate filed by plaintiff in this action in the past seven days. Compare Dkt. 9.

The court **TERMINATES** plaintiff's recent request to vacate. In its June 4, 2021 order, the court conditionally dismissed this action and—in no subtle terms—vacated "all existing deadlines." Dkt. 10. In that order, the court permitted the parties 60 days from June 4, 2021 to renew this action and an additional 14 days from the expiration of that 60-day period for plaintiff to file a motion for attorney's fees. **Those deadlines control**.

Going forward, plaintiff's counsel should read the court's orders **before** filing anything on its docket.

**IT IS SO ORDERED.**

Dated: June 11, 2021

                          /s/ Phyllis J. Hamilton
                          PHYLLIS J. HAMILTON
                          United States District Judge